CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUN 20 2011

JULIA C. _____, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| BOBBY D. BRADSHAW, JR. | ) CIVIL ACTION NO. 7:11CV00240 |
| Plaintiff, | ) |
| | ) **FINAL ORDER** |
| vs. | ) |
| NEW RIVER VALLEY REGIONAL JAIL, ET AL., | ) By: Samuel G. Wilson |
| | ) United States District Judge |
| Defendants. | ) |

In accordance with the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. Plaintiff's motion to amend his complaint (Dkt. No. 7) is **GRANTED.** Accordingly, plaintiff's complaint is amended to add Gerald McPeak as a defendant; and

2. The action as amended is hereby **DISMISSED** without prejudice pursuant to 28 U.S.C. § 1915A and stricken from the active docket.

The clerk will send a copy of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 20th day of June, 2011.

_____
United States District Judge